# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-50962
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 16, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN ESTRADA-ZOLORZANO, also known as Keylor Estiven Aranjo-Perez, also known as Estrada-Zolorzano, also known as Juan Carlos Estrada-Zolorzano, also known as Juan Carlo Sosa, also known as Juan Carlos Eric Zolorzano, also known as Juan Carlos Eric Estrada, also known as Jose Manacel, also known as Juan Carlos Eric Estrada-Zolorzano, also known as Juan Carlos Eric Zolorzano-Estrada, also known as Bairon Estrada,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:14-CR-168-1

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Appealing the judgment in a criminal case, Juan Estrada-Zolorzano presents an argument that he concedes is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224, 228, 235 (1998), which held that convictions used

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-50962

to enhance a sentence under 8 U.S.C. § 1326(b)(2) need not be set forth in the indictment.  Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.